```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 09-cr-35-01-JL

Freddie Delavega


O R D E R

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            */s/Joseph N. Laplante*
                                            Joseph N. Laplante
                                            United States District Judge

Date: March 19, 2009


cc:  Thomas F. McCue, Esq.
     Donald A. Feith, Esq.
     U.S. Marshal
     U.S. Probation